Thomas M. Larson, Asst. U.S. Atty., Kansas City, MO (Tammy Dickinson, U.S. Atty., on the brief), for appellee Patrick R. Donahoe.

Lori D. Elrod, Blake & Uhlig, P.A., Kansas City, MO, for appellee Mailhandler Union, Local 297.

Before LOKEN, MELLOY, and BENTON, Circuit Judges.

PER CURIAM.

Stephanie Martin appeals the district court's[1] adverse grant of summary judgment in her pro se Title VII employment-discrimination action. Upon careful de novo review, *see Tusing v. Des Moines Indep. Cmty. Sch. Dist.*, 639 F.3d 507, 514 (8th Cir.2011), this court finds no basis for reversal and concludes that the district court did not abuse its discretion in denying Martin's motions for appointment of counsel. *See Phillips v. Jasper County Jail*, 437 F.3d 791, 794 (8th Cir.2006) (district court's denial of appointed counsel will be reversed only if it constitutes abuse of discretion). The judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

**UNITED STATES of America, Plaintiff–Appellee**

v.

**Roderick Deshawn STEWART, also known as Rod, Defendant–Appellant.**

No. 12–2441.

United States Court of Appeals,
Eighth Circuit.

Submitted: April 16, 2013.

Filed: April 22, 2013.

Michael S. Gordon, Assistant U.S. Attorney, U.S. Attorney's Office, Little Rock, AR, for Plaintiff–Appellee.

Roderick Deshawn Stewart, Grady, AR, pro se.

Lance G. Sullenberger, III, Sullenberger Law Firm, Little Rock, AR, for Defendant–Appellant.

---

1. The Honorable Fernando J. Gaitan, Chief Judge, United States District Court for the Western District of Missouri.

Before LOKEN, MELLOY, and BENTON, Circuit Judges.

PER CURIAM.

Roderick Stewart directly appeals the judgment of the district court[1] after he pled guilty to a drug charge and was sentenced to a within-Guidelines-range prison term. His counsel has moved to withdraw and filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

Having independently reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), this court finds no nonfrivolous issues for appeal. Counsel's motion to withdraw is granted, and the judgment of the district court is affirmed.

---

1. The Honorable Billy Roy Wilson, United States District Judge for the Eastern District of Arkansas.